**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

GARY HANNEY — CASE NO. 6:26-CV-1641

VERSUS — JUDGE S. MAURICE HICKS, JR.

ACUREN INSPECTION INC, ET AL. — MAGISTRATE JUDGE WHITEHURST

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Defendant Drayage National 4 PG of CA, LLC's ("Drayage") Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 30) is **GRANTED**. Drayage is hereby **DISMISSED** from this action.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 18th day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE